## MAULTSBY v. STATE.
### No. 19000.

Court of Criminal Appeals of Texas.
June 23, 1937.

J. H. Baker, of San Saba, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The conviction is for a misdemeanor; the punishment, a fine of $150.

The recognizance is defective in failing to recite that appellant was convicted of a misdemeanor. See article 831, C.C.P., and Black v. State, 123 Tex.Cr.R. 538, 59 S.W.(2d) 1086.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.